# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2929

_____

SHIRLEY MEARS DAVIS,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

May 6, 2026

PER CURIAM.

 DISMISSED. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

LEWIS, WINOKUR, and NEFF, JJ., concur.

_____

 ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shirley Mears Davis, pro se, Petitioner.

No appearance for Respondent.